UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. RICHARD FARNELL,<br><br>Plaintiff,<br><br>v.<br><br>PLESSERS, APPLIANCEDEALZ, DISCOUNT BANDIT,<br><br>Defendants. | No. 2:22-cv-0875 DAD DB PS<br><br><br><br>ORDER |

Plaintiff R. Richard Farnell is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). This matter is set for a Status (Pretrial Scheduling) Conference on December 23, 2022. (ECF No. 9.) The parties have filed status reports. (ECF Nos. 11 & 12.) Review of the status reports finds that the parties have requested an early settlement conference before the undersigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 23, 2022 Status (Pretrial Scheduling) Conference is continued to **Friday, February 17, 2023, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned.[1]

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile

1

2. An Informal Telephonic Conference is SET for **January 31, 2023**, **at 02:30 p.m.** before the undersigned.  To access the conference call, parties are instructed to call the following toll-free number from a land line: (877) 336-1828 and enter access code: 1864917#.  The lead attorney appearing at the settlement conference shall make the telephonic appearance at the informal conference.

3. A Settlement Conference is SET for **February 2, 2023, at 10:00 a.m.** before the undersigned.  The settlement conference will be conducted by video conference through zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Counsel must have access to a computer/digital device with audio and video function available for use on the video conference.  Parties are DIRECTED to submit confidential settlement conference statements no later than **12:00 PM (Noon), on January 26, 2023**, to the following email address: dborders@caed.uscourts.gov.  Settlement conference statements shall not exceed fifteen (15) pages (excluding exhibits).  Settlement conference statements shall not be filed with the Clerk.  Additionally, each party shall file a "Notice of Submission of Confidential Settlement Conference Statement."  (Rule 270 (d)).  All parties are required to have principals present at the settlement conference.

Dated:  December 20, 2022

DLB:6
DB\orders\orders.pro se\farnell0875.cont.ossc

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.